## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| PHILLIP J. LYONS, | ) | 3:03-CV-577-RAM |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | December 27, 2005 |
| | ) | |
| JAMES SCHOMIG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:  <u>THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE</u>

DEPUTY CLERK:  <u>  GINA MUGNAINI  </u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed a Motion for Attorney's Fees (Doc. #90). Defendant has responded to the Motion (Doc. #95) and Plaintiff has replied (Doc. #96).

Plaintiff's Motion for Attorney's Fees (Doc. #90) is **GRANTED**. Plaintiff is awarded attorney's fees in the total sum of $34,040.00.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: <u>    /s/                              </u>
     Deputy Clerk